IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE BRADLEY,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　　Case No.  15-cv-641-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Shane Bradley dismissing his motion for post conviction relief under 28 U.S.C. § 2255 as procedurally defaulted.  A certificate of appealability will issue.

      s/ V. Olmo, Deputy Clerk　　　　　　　　　　　5/09/2016
    Peter Oppeneer, Clerk of Court　　　　　　　　　　　Date